[No. 13650-3-II. Division Two. April 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY MAX FREDERICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-02370-2, Waldo F. Stone, J., entered

January 24, 1990. *Dismissed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Seinfeld, J.